McGREGOR W. SCOTT
United States Attorney

PAUL S. HAM
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, DC  20044-0683
Telephone: (202) 307-6421
Facsimile:  (202) 307-0054
E-mail: paul.s.ham@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILMA SHORE,<br><br>        Plaintiff,<br><br>    v.<br><br>KEVIN M. BROWN, ACTING COMMISSIONER OF INTERNAL REVENUE SERVICE OF UNITED STATES OF AMERICA, and DOES 1 through 10, inclusive,<br><br>        Defendants. | Civil No. 1:07-cv-01160-OWW-SMS<br><br>**ORDER** |

    Having considered the Stipulation for Extension of Time to Respond to Complaint, the record contained herein, and good cause being shown, the Court GRANTS the Stipulation and allows the United States to serve its response to the complaint on or by December 15, 2007; the Court further continues the Scheduling Conference, currently set to occur on December 5, 2007, to January 18, 2008.

IT IS SO ORDERED.


Dated: October 16, 2007        .            /s/ OLIVER W. WANGER
                                            OLIVER W. WANGER
                                            United States District Judge

2792053.1