UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILMA SHORE,<br><br>        Plaintiff,<br><br>  v.<br><br>KEVIN M. BROWN, Acting<br>Commissioner of Internal<br>Revenue Service of United<br>States of America et al.,<br><br>        Defendants.<br>_____<br>UNITED STATES OF AMERICA,<br><br>        Counter-Claimant,<br><br>  v.<br><br>WILMA SHORE, et al.,<br><br>        Counter-Defendants. | 1:07-cv-01160-OWW-SMS<br><br>ORDER APPROVING DEFERRING THE<br>FILING OF A MOTION FOR DEFAULT<br>JUDGMENT UNTIL AFTER THE CLOSE OF<br>DISCOVERY (DOC. 33)<br><br>ORDER DEFERRING RECONSIDERATION<br>OR WITHDRAWAL OF INFORMATIONAL<br>ORDER UNTIL AFTER THE FILING OF<br>THE MOTION FOR DEFAULT JUDGMENT<br>(DOC. 33) |

    Counterclaimant is proceeding with counsel with a civil counterclaim in this action. The matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rule 72-302.

    On September 22, 2008, Defendant and Counterclaimant USA filed a status report following entry of the Court's order of

1

September 3, 2008.

In the report, USA seeks to defer filing a renewed motion for default judgment until after the close of discovery. The Court is aware of the minute order dated June 25, 2008, following the Clerk's entry of default against Gregory Allen Shore and Brenda Reynolds, advising counsel to file a motion for default judgment in light of the defaults entered against Defendants. The Court understands that USA is seeking to comply with all the Court's directions. The undersigned finds that deferring the filing of a motion for default judgment until a more complete record can be created is a reasonable course of action.

Further, in the report, USA argues that its good faith warrants the Court's reconsideration or withdrawal of its informational order of September 3, 2008. Because of the serious administrative concerns that prompted the informational order, the undersigned Magistrate Judge defers reconsideration or withdrawal of the informational order until a time after USA files the motion for default judgment.

IT IS SO ORDERED.

**Dated:   October 2, 2008**          /s/ Sandra M. Snyder
                                UNITED STATES MAGISTRATE JUDGE