```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA


WILMA SHORE,                         )   1:07-cv-1160 OWW SMS
                                     )
            Plaintiff,               )   SUPPLEMENTAL MODIFIED
                                     )   SCHEDULING CONFERENCE ORDER
     v.                              )
                                     )   Discovery Cut-Off: 6/15/09
KEVIN M. BROWN, ACTING               )
COMMISSIONER OF INTERNAL REVENUE     )   Non-Dispositive Motion
SERVICE OF UNITED STATES OF          )   Filing Deadline: 6/30/09
AMERICA, and DOES 1 through 10,      )
inclusive,                           )   Dispositive Motion Filing
                                     )   Deadline: 7/15/09
            Defendants.              )
                                     )   Settlement Conference Date:
_____)   9/30/09 10:00 Ctrm. 9
                                     )
AND RELATED CROSS-ACTION.            )   Pre-Trial Conference Date:
                                     )   9/21/09 11:00 Ctrm. 3
_____)
                                         Trial Date: 11/3/09 9:00
                                         Ctrm. 3 (JT-3 days)
```

I.   Date of Scheduling Conference.

    December 12, 2008.

II.  Appearances Of Counsel.

    Myron F. Smith, Esq., appeared on behalf of Plaintiff.

    James E. Weaver, Esq., and Lauren M. Castaldi, Esq., appeared on behalf of Defendants.

III. Modification of Discovery Schedule.

    1.   The parties are ordered to complete all non-expert

discovery on or before April 15, 2009.

    2.   The parties are directed to disclose all expert witnesses, in writing, on or before April 15, 2009. Any rebuttal or supplemental expert disclosures will be made on or before May 15, 2009. The parties will comply with the provisions of Federal Rule of Civil Procedure 26(a)(2) regarding their expert designations. Local Rule 16-240(a) notwithstanding, the written designation of experts shall be made pursuant to F. R. Civ. P. Rule 26(a)(2), (A) and (B) and shall include all information required thereunder. Failure to designate experts in compliance with this order may result in the Court excluding the testimony or other evidence offered through such experts that are not disclosed pursuant to this order.

    3.   The parties are ordered to complete all discovery, including experts, on or before June 15, 2009.

    4.   The provisions of F. R. Civ. P. 26(b)(4) shall apply to all discovery relating to experts and their opinions. Experts may be fully prepared to be examined on all subjects and opinions included in the designation. Failure to comply will result in the imposition of sanctions.

IV.   Modification to Pre-Trial Motion Schedule.

    1.   All Non-Dispositive Pre-Trial Motions, including any discovery motions, will be filed on or before June 30, 2009, and heard on July 31, 2009, at 9:00 a.m. before Magistrate Judge Dennis L. Beck in Courtroom 9.

    2.   In scheduling such motions, the Magistrate Judge may grant applications for an order shortening time pursuant to Local Rule 142(d). However, if counsel does not

obtain an order shortening time, the notice of motion must comply with Local Rule 251.

    3.    All Dispositive Pre-Trial Motions are to be filed no later than July 15, 2009, and will be heard on August 17, 2009, at 10:00 a.m. before the Honorable Oliver W. Wanger, United States District Judge, in Courtroom 3, 7th Floor.  In scheduling such motions, counsel shall comply with Local Rule 230.

V.    Modified Pre-Trial Conference Date.

    1.    September 21, 2009, at 11:00 a.m. in Courtroom 3, 7th Floor, before the Honorable Oliver W. Wanger, United States District Judge.

    2.    The parties are ordered to file a Joint Pre-Trial Statement pursuant to Local Rule 281(a)(2).

    3.    Counsel's attention is directed to Rules 281 and 282 of the Local Rules of Practice for the Eastern District of California, as to the obligations of counsel in preparing for the pre-trial conference.  The Court will insist upon strict compliance with those rules.

VI.    Motions - Hard Copy.

    1.    The parties shall submit one (1) courtesy paper copy to the Court of any motions filed that exceed ten pages and any motions that have exhibits attached.  Exhibits shall be marked with <u>protruding numbered or lettered tabs</u> so that the Court can easily identify such exhibits.

VII.    Modified Trial Date.

    1.    November 3, 1009, at the hour of 9:00 a.m. in Courtroom 3, 7th Floor, before the Honorable Oliver W. Wanger, United

States District Judge.

    2.    This is a jury trial.

    3.    Counsels' Estimate Of Trial Time:

        a.    3 days.

    4.    Counsels' attention is directed to Local Rules of Practice for the Eastern District of California, Rule 285.

## VIII. Modified Settlement Conference.

    1.    A Settlement Conference is scheduled for September 30, 2009, at 10:00 a.m. in Courtroom 9 before the Honorable Dennis L. Beck, United States Magistrate Judge.

    2.    Unless otherwise permitted in advance by the Court, the attorneys who will try the case shall appear at the Settlement Conference with the parties and the person or persons having full authority to negotiate and settle the case on any terms at the conference.

    3.    Permission for a party [not attorney] to attend by telephone may be granted upon request, by letter, with a copy to the other parties, if the party [not attorney] lives and works outside the Eastern District of California, and attendance in person would constitute a hardship.  If telephone attendance is allowed, the party must be immediately available throughout the conference until excused regardless of time zone differences. Any other special arrangements desired in cases where settlement authority rests with a governing body, shall also be proposed in advance by letter copied to all other parties.

    4.    Confidential Settlement Conference Statement. At least five (5) days prior to the Settlement Conference the parties shall submit, directly to the Magistrate Judge's

4

chambers, a confidential settlement conference statement.  The statement should not be filed with the Clerk of the Court nor served on any other party.  Each statement shall be clearly marked "confidential" with the date and time of the Settlement Conference indicated prominently thereon.  Counsel are urged to request the return of their statements if settlement is not achieved and if such a request is not made the Court will dispose of the statement.

     5.   The Confidential Settlement Conference Statement shall include the following:

        a.   A brief statement of the facts of the case.

        b.   A brief statement of the claims and defenses, i.e., statutory or other grounds upon which the claims are founded; a forthright evaluation of the parties' likelihood of prevailing on the claims and defenses; and a description of the major issues in dispute.

        c.   A summary of the proceedings to date.

        d.   An estimate of the cost and time to be expended for further discovery, pre-trial and trial.

        e.   The relief sought.

        f.   The parties' position on settlement, including present demands and offers and a history of past settlement discussions, offers and demands.

IT IS SO ORDERED.

Dated:   December 12, 2008          /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE