1  LAWRENCE G. BROWN
   Acting United States Attorney
2  for the Eastern District of California
   501 I Street, Suite 10-100
3  Sacramento, California 95814

4  JAMES E. WEAVER
   LAUREN M. CASTALDI
5  Trial Attorneys, Tax Division
   United States Department of Justice
6  P.O. Box 683, Ben Franklin Station
   Washington, DC 20044-0683
7  Telephone: (202) 305-4929
   Facsimile: (202) 307-0054
8  E-mail: James.E.Weaver@usdoj.gov

9  Attorneys for the Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILMA SHORE, | Civil No. 1:07-CV-01160-OWW-SMS |
| Plaintiff, | **JOINT MOTION AND STIPULATION TO EXTEND CERTAIN DISCOVERY AND EXPERT DISCLOSURE DEADLINES (WITH ENDORSEMENT/PROPOSED ORDER FOR CONSIDERATION OF THE COURT)** |
| v. | |
| KEVIN M. BROWN, ACTING COMMISSIONER OF INTERNAL REVENUE SERVICE OF UNITED STATES OF AMERICA, and DOES 1 through 10, inclusive, | |
| Defendants. | |
| UNITED STATES OF AMERICA, | |
| Counterclaimant, | |
| v. | |
| WILMA SHORE, | |
| Counterclaim Defendant, | |
| AND | |
| GREGORY A. SHORE and | |

JOINT MOTION AND STIPULATION            -1-

|   |   |
|---|---|
| BRENDA O. REYNOLDS, | ) |
| Additional Defendants on Counterclaim. | ) |
|   | ) |

The undersigned attorneys for the Plaintiff and Counterclaim Defendant, Wilma Shore, and the Defendant and Counterclaimant, the United States of America, (the only parties who have entered appearances in this case) move for a brief extension of the discovery and expert deadlines set in this case by the Supplemental Modified Scheduling Conference Order entered December 15, 2008. The parties are not seeking to extend other deadlines or dates set in that order.

1. This is the parties' second request for an extension of the discovery and expert disclosure deadlines. The first request was filed following the commencement of a Chapter 11 bankruptcy petition in the United States Bankruptcy Court for the Eastern District of California on September 24, 2008 and the subsequent modification of the automatic stay in that proceeding on December 10, 2008.

2. After the modification of the automatic stay and the entry of this Court's modified scheduling order, the parties moved forward with additional discovery in this case.[1] To date, the parties have obtained deposition testimony from approximately fourteen fact witnesses and/or parties. Depositions of three additional fact witnesses are scheduled to occur today. In addition, document review in this case has entailed inspection of a large volume of boxes and files.

3. Pursuant to the Court's modified scheduling order, fact discovery is to be completed by April 15, 2009. Expert disclosures are to be made on or before April 15, 2009 and the disclosure of rebuttal expert

---

[1] The Plaintiff's Chapter 11 case, In re Shore, No. 08-16002-A-11F (Bankr. E.D. Cal.) was dismissed on February 26, 2009.

witnesses are to be made on or before May 15, 2009. The deadline for all discovery is June 15, 2009.[2]

4. Despite good-faith efforts of the parties to complete discovery by these deadlines, the parties need additional time to evaluate the evidence obtained to date during discovery and to follow up by obtaining some additional discovery.

5. Accordingly, the parties stipulate to, and respectfully request that the Court grant, an extension of the deadline for obtaining fact discovery from April 15, 2009 to May 22, 2009. The parties further stipulate to, and respectfully request that the Court grant, an extension of the deadline for expert disclosures from April 15, 2009 to May 6, 2009, and an extension of the deadline for the disclosure of rebuttal expert witnesses from May 15, 2009 to June 8, 2009. The parties also stipulate to, and respectfully request that the Court grant, an extension of the date for the close of all discovery, including experts, from June 15, 2009 to June 29, 2009.

An endorsement, for the consideration of the Court, follows below.

Submitted on April 15, 2009

                                              LAWRENCE G. BROWN
                                              Acting United States Attorney

                                              /s/ James E. Weaver
                                              JAMES E. WEAVER
                                              LAUREN M. CASTALDI
                                              Trial Attorney, Tax Division
                                              United States Department of Justice
                                              P.O. Box 683, Ben Franklin Station
                                              Washington, DC  20044-0683
                                              Telephone: (202) 305-4929
                                              Facsimile:  (202) 307-0054

                                              *Attorneys for the United States*

---

[2] Pursuant to the original scheduling order in this case entered March 28, 2008, the deadline for all discovery was January 2, 2009. The deadline for disclosure of expert testimony was originally October 31, 2008 and the deadline for rebuttal expert disclosures was December 1, 2008.

JOINT MOTION AND STIPULATION            -3-

LAW OFFICE OF MYRON F. SMITH

By: <u>/s/ Myron F. Smith</u> [Mr. Smith authorized filing with his electronic signature]
Myron F. Smith
191 West Shaw Ave., Suite 205B
Fresno, California 93704
Telephone: (559) 226-5400
Facsimile: (559) 226-5108

*Attorney for Wilma V. Shore*

IT IS SO ORDERED (as set forth, above, in numbered paragraph5):

IT IS SO ORDERED.

**Dated:   April 15, 2009**              <u>     /s/ Oliver W. Wanger     </u>
                                                                    UNITED STATES DISTRICT JUDGE

JOINT MOTION AND STIPULATION              -4-