1    LAWRENCE G. BROWN
     Acting United States Attorney
2    for the Eastern District of California
     501 I Street, Suite 10-100
3    Sacramento, California 95814

4    JAMES E. WEAVER
     LAUREN M. CASTALDI
5    Trial Attorneys, Tax Division
     United States Department of Justice
6    P.O. Box 683, Ben Franklin Station
     Washington, DC  20044-0683
7    Telephone: (202) 305-4929
     Facsimile:  (202) 307-0054
8    E-mail: James.E.Weaver@usdoj.gov

9    Attorneys for the Defendants

10
                          UNITED STATES DISTRICT COURT
11
                          EASTERN DISTRICT OF CALIFORNIA
12

13                                          )
     WILMA SHORE,                           )Civil No. 1:07-CV-01160-OWW-SMS
14                                          )
                         Plaintiff,         )**JOINT MOTION AND STIPULATION**
15                                          )**TO EXTEND THE DEADLINE FOR FILING**
                  v.                        )**DISPOSITIVE MOTIONS**
16                                          )**AND TO MODIFY HEARING DATES**
     KEVIN M. BROWN, ACTING COMMISSIONER )
17   OF INTERNAL REVENUE SERVICE OF         )
     UNITED STATES OF AMERICA, and DOES 1   )
18   through 10, inclusive,                 )
                                            )
19                       Defendants.        )
     ───────────────────────────────       )
20                                          )
     UNITED STATES OF AMERICA,              )
21                                          )
                         Counterclaimant,   )
22                v.                         )
                                            )
23                                          )
     WILMA SHORE,                           )
24                                          )
                         Counterclaim Defendant, )
25                                          )
     AND                                    )
26                                          )
     GREGORY A. SHORE and                   )
27                                          )

28   JOINT MOTION AND STIPULATION              -1-

1                                       )

2                                       )

BRENDA O. REYNOLDS,               )

Additional Defendants on Counterclaim.   )

                                       )

                                       )

_____ )

The undersigned attorneys for the Plaintiff and Counterclaim Defendant, Wilma Shore, and the Defendant and Counterclaimant, the United States of America, (the only parties who have entered appearances in this case), after consulting with the Chambers for the Honorable Oliver W. Wanger by telephone on July 14, 2009, stipulate to a modification of the deadline for the filing of dispositive motions and also the hearing dates for non-dispositive and dispositive motions set in this case by the Supplemental Modified Scheduling Conference Order ("Scheduling Order") entered December 15, 2008.  The parties are not seeking to extend other deadlines or dates.

     1.      Under the Scheduling Order, the deadline for filing dispositive motions is July 15, 2009.  The United States wishes to obtain a brief extension of this deadline up to and through July 20, 2009 in order to complete and file such motions.  **Counsel for the undersigned parties conferred on this matter and stipulate to the extension of the deadline to July 20, 2009, subject to approval of the Court.**

     2.      The undersigned counsel conferred with the Chambers for the Honorable Oliver W. Wanger ("Chambers") by telephone on July 14, 2009 in this regard in order to arrange for an extension of the filing deadline for dispositive motions in a manner that would minimally disrupt the Court's calendar and other dates and deadlines set forth in the Scheduling Order.

     3.      **In consultation with Chambers, counsel for the undersigned parties propose, and stipulate to, the Court moving the hearing date on dispositive motions from August 17, 2009 at 10:00 a.m. to August 31, 2009 at 10:00 a.m. in Courtroom 3 before Judge Wanger.**

     4.      The sole non-dispositive motion pending on the docket for this case is a motion to strike Plaintiff's Expert Disclosure of Dennis D. Bean, CPA filed by the United States on June 5, 2009.  A hearing on this motion is presently scheduled on Judge Wanger's calendar for August 31, 2009 at 10:00 a.m. in

JOINT MOTION AND STIPULATION       -2-

1   Courtroom 3.  The parties have scheduled a "meet and confer" teleconference between their counsel for July

2   21, 2009 regarding the subject matter of this motion.  **In consultation with Chambers, counsel for the**

3   **undersigned parties propose, and stipulate to, the Court moving the hearing date on this motion from**

4   **August 31, 2009 at 10:00 a.m. to August 17, 2009 at 10:00 a.m. in Courtroom 3 before Judge Wanger.**

5          5.      **Since there are no other pending non-dispositive motions,[1] the parties request, and**

6   **stipulate to, removal from the docket the hearing date of July 31, 2009 at 9:00 a.m. before Magistrate**

7   **Judge Dennis L. Beck in Courtroom 9.**

8          An endorsement, for the consideration of the Court, follows below.

9          Submitted on July 15, 2009

10

11                                          LAWRENCE G. BROWN
                                            Acting United States Attorney

12

13                                          /s/ James E. Weaver
                                            JAMES E. WEAVER
                                            LAUREN M. CASTALDI
14                                          Trial Attorney, Tax Division
                                            United States Department of Justice
15                                          P.O. Box 683, Ben Franklin Station
                                            Washington, DC  20044-0683
16                                          Telephone: (202) 305-4929
                                            Facsimile:  (202) 307-0054
17
                                            *Attorneys for the United States*
18

19                                          LAW OFFICE OF MYRON F. SMITH

20                                          By:    /s/ Myron F. Smith [Mr. Smith authorized
                                                   filing with his electronic signature]
21                                                 Myron F. Smith
                                                   191 West Shaw Ave., Suite 205B
22                                                 Fresno, California 93704
                                                   Telephone: (559) 226-5400
23                                                 Facsimile:  (559) 226-5108

24                                          *Attorney for Wilma V. Shore*

25

      [1]The United States should have calendared the non-dispositive motion to be heard on July 31, 2009
26   pursuant to the Scheduling Order.  If the Court would prefer that the non-dispositive motion be heard by
      Magistrate Judge Beck rather than by Judge Wanger on August 17, 2009, the parties request and stipulate
27   to scheduling the non-dispositive motions hearing at a time and date that is open on Magistrate Judge Beck's
      calendar during August or September 2009.
28   JOINT MOTION AND STIPULATION            -3-

1

2

3

IT IS SO ORDERED (as set forth, above, in the bold-faced sentences in numbered paragraphs 1, 3, 4 and 5):

4

IT IS SO ORDERED.

5

**Dated:    July 24, 2009**                              **/s/ Oliver W. Wanger**
                                                         UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT MOTION AND STIPULATION                    -4-