LAWRENCE G. BROWN
Acting United States Attorney
for the Eastern District of California
501 I Street, Suite 10-100
Sacramento, California 95814

JAMES E. WEAVER
LAUREN M. CASTALDI
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, DC 20044-0683
Telephone: (202) 305-4929
Facsimile:  (202) 307-0054
E-mail: James.E.Weaver@usdoj.gov
E-mail: Lauren.m.castaldi@usdoj.gov

Attorneys for the Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILMA SHORE,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>KEVIN M. BROWN, ACTING COMMISSIONER OF INTERNAL REVENUE SERVICE OF UNITED STATES OF AMERICA, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Civil No. 1:07-CV-01160-OWW-SMS<br><br>FINAL JUDGMENT AS TO DEFENDANT BRENDA O. REYNOLDS |

It is ORDERED and ADJUDGED that judgment is hereby entered in favor of the United States of America and against the Counterclaim defendant Brenda O. Reynolds in the sum of $370,755.79, less any credits or payments, plus interest accruing after July 17, 2009 pursuant to 26 U.S.C. Sections 6601, 6621, and 6622, and 28 U.S.C. Section 1961(c) until paid, representing the balance of the federal tax assessments against Brenda O. Reynolds of a trust fund recovery penalty pursuant to 26 U.S.C. Section 6672 for the unpaid withholding taxes of Dean R. Shore, Inc. ("Incon"), Dean's Materials, Inc., and

1  Cybergate Com, Inc. ("CGC"), for the quarter ending March 31, 1998.

2      It is ORDERED and ADJUDGED that judgment is hereby entered in favor of the United States of
3  America and against the Counterclaim defendant Brenda O. Reynolds in the sum of $268,669.36, less any
4  credits or payments, plus interest accruing after July 17, 2009 pursuant to 26 U.S.C. Sections 6601, 6621,
5  and 6622, and 28 U.S.C. Section 1961(c) until paid, representing the balance of the federal tax
6  assessments against Brenda O. Reynolds of a trust fund recovery penalty pursuant to 26 U.S.C. Section
7  6672 for the unpaid withholding taxes of Incon, CMS, and CGC, for the quarter ending June 30, 1998.

8      It is ORDERED and ADJUDGED that judgment is hereby entered in favor of the United States of
9  America and against the Counterclaim defendant Brenda O. Reynolds in the sum of $187,219.48, less any
10 credits or payments, plus interest accruing after July 17, 2009 pursuant to 26 U.S.C. Sections 6601, 6621,
11 and 6622, and 28 U.S.C. Section 1961(c) until paid, representing the balance of the federal tax
12 assessments against Brenda O. Reynolds of a trust fund recovery penalty pursuant to 26 U.S.C. Section
13 6672 for the unpaid withholding taxes of Incon, CMS, and CGC, for the quarter ending September 30,
14 1998.

15     It is ORDERED and ADJUDGED that judgment is hereby entered in favor of the United States of
16 America and against the Counterclaim defendant Brenda O. Reynolds in the sum of $323,962.27, less any
17 credits or payments, plus interest accruing after July 17, 2009 pursuant to 26 U.S.C. Sections 6601, 6621,
18 and 6622, and 28 U.S.C. Section 1961(c) until paid, representing the balance of the federal tax
19 assessments against Brenda O. Reynolds of a trust fund recovery penalty pursuant to 26 U.S.C. Section
20 6672 for the unpaid withholding taxes of Incon, CMS, and CGC, for the quarter ending December 31,
21 1998.

22     It is ORDERED and ADJUDGED that judgment is hereby entered in favor of the United States of
23 America and against the Counterclaim defendant Brenda O. Reynolds in the sum of $297,166.59, less any
24 credits or payments, plus interest accruing after July 17, 2009 pursuant to 26 U.S.C. Sections 6601, 6621,
25 and 6622, and 28 U.S.C. Section 1961(c) until paid, representing the balance of the federal tax
26 assessments against Brenda O. Reynolds of a trust fund recovery penalty pursuant to 26 U.S.C. Section
27 6672 for the unpaid withholding taxes of Incon, CMS, and CGC, for the quarter ending March 31, 1999.

28

It is ORDERED and ADJUDGED that judgment is hereby entered in favor of the United States of America and against the Counterclaim defendant Brenda O. Reynolds in the sum of $369,577.33, less any credits or payments, plus interest accruing after July 17, 2009 pursuant to 26 U.S.C. Sections 6601, 6621, and 6622, and 28 U.S.C. Section 1961(c) until paid, representing the balance of the federal tax assessments against Brenda O. Reynolds of a trust fund recovery penalty pursuant to 26 U.S.C. Section 6672 for the unpaid withholding taxes of Incon, CMS, and CGC, for the quarter ending June 30, 1999.

It is ORDERED and ADJUDGED that judgment is hereby entered in favor of the United States of America and against the Counterclaim defendant Brenda O. Reynolds in the sum of $256,709.59, less any credits or payments, plus interest accruing after July 17, 2009 pursuant to 26 U.S.C. Sections 6601, 6621, and 6622, and 28 U.S.C. Section 1961(c) until paid, representing the balance of the federal tax assessments against Brenda O. Reynolds of a trust fund recovery penalty pursuant to 26 U.S.C. Section 6672 for the unpaid withholding taxes of Incon, CMS, and CGC, for the quarter ending September 30, 1999.

It is ORDERED and ADJUDGED that judgment is hereby entered in favor of the United States of America and against the Counterclaim defendant Brenda O. Reynolds in the sum of $216,783.51, less any credits or payments, plus interest accruing after July 17, 2009 pursuant to 26 U.S.C. Sections 6601, 6621, and 6622, and 28 U.S.C. Section 1961(c) until paid, representing the balance of the federal tax assessments against Brenda O. Reynolds of a trust fund recovery penalty pursuant to 26 U.S.C. Section 6672 for the unpaid withholding taxes of Incon, CMS, and CGC, for the quarter ending December 31, 1999.

This is a FINAL JUDGMENT.

IT IS SO ORDERED.

**Dated:   October 28, 2009**          /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE