LAWRENCE G. BROWN
Acting United States Attorney
for the Eastern District of California
501 I Street, Suite 10-100
Sacramento, California 95814

JAMES E. WEAVER
LAUREN M. CASTALDI
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, DC 20044-0683
Telephone: (202) 305-4929
Facsimile: (202) 307-0054
E-mail: James.E.Weaver@usdoj.gov
E-mail: Lauren.m.castaldi@usdoj.gov

Attorneys for the Defendants

FILED
NOV 0 6 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILMA SHORE, | Civil No. 1:07-CV-01160-OWW-SMS |
| Plaintiff, | |
| v. | [Proposed] PARTIAL JUDGMENT AS TO PLAINTIFF AND COUNTERCLAIM DEFENDANT WILMA SHORE |
| KEVIN M. BROWN, ACTING COMMISSIONER OF INTERNAL REVENUE SERVICE OF UNITED STATES OF AMERICA, and DOES 1 through 10, inclusive, | |
| Defendants. | |

Pursuant to the Court's "Memorandum Decision Re Defendant United States of America's Motion for Summary Judgment Against Plaintiff and Counterclaim Defendant Wilma Shore" (Memorandum Decision) entered on October 9, 2009 (Docket No. 98), it is hereby,

ORDERED, that judgment is to be entered in favor of the United States of America and against the Plaintiff and Counterclaim Defendant, Wilma Shore, with respect to the following:

-1-

(1) The Court determines and adjudges that, pursuant to 26 U.S.C. § 6672, Wilma Shore was a person responsible for collecting, truthfully accounting for, and paying over to the United States the income taxes and social security taxes withheld from the wages of employees of Dean R. Shore, Inc. ("Incon") for the following quarterly tax periods: the quarters ending June 30, 1997, September 30, 1997, December 31, 1997, March 31, 1998, June 30, 1998, September 30, 1998, December 31, 1998, March 31, 1999, June 30, 1999, September 30, 1999, and December 31, 1999; and

(2) The Court determines and adjudges that, pursuant to 26 U.S.C. § 6672, Wilma Shore was a person responsible for collecting, truthfully accounting for, and paying over to the United States the income taxes and social security taxes withheld from the wages of employees of Dean's Materials, Inc. ("CMS") for the following quarterly tax periods: the quarters ending June 30, 1997, September 30, 1997, December 31, 1997, March 31, 1998, June 30, 1998, September 30, 1998, December 31, 1998, March 31, 1999, June 30, 1999, September 30, 1999, and December 31, 1999; and it is further,

ORDERED, that summary judgment is granted in favor of the United States and against Plaintiff and Counterclaim Defendant, Wilma V. Shore, with respect to Plaintiff's estoppel claims, set forth in the second cause of action in Plaintiff's Complaint filed August 8, 2007.

Pursuant to the Memorandum Decision, this order does not address whether Plaintiff acted "willfully," under 26 U.S.C. § 6672, during the tax periods identified, above, in her capacity as a responsible person.

Dated this 6th day of November, 2009

HONORABLE OLIVER W. WANGER
United States District Court Judge

1 | Presented by:
2 | LAWRENCE G. BROWN
United States Attorney
3 |
4 | /s/ James E. Weaver
JAMES E. WEAVER
LAUREN M. CASTALDI
5 | Trial Attorney, Tax Division
United States Department of Justice
6 | P.O. Box 683, Ben Franklin Station
Washington, DC 20044-0683
7 | Telephone: (202) 305-4929
Facsimile: (202) 307-0054
8 |
*Attorneys for the United States*