IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILMA SHORE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KEVIN M. BROWN, ACTING ) <br> COMMISSIONER OF INTERNAL ) <br> REVENUE SERVICE OF UNITED ) <br> STATES OF AMERICA, and DOES 1 ) <br> through 10 inclusive, ) <br> ) <br> Defendants. ) | Civil No. 1:07-CV-01160-OWW-SMS |

**ORDER**

This matter is before the Court pursuant to 28 U.S.C. § 3204. After considering the Stipulation for Entry of an Installment Payment Order, it is

ORDERED that Gregory Shore make monthly installments of at least $1,000.00 on the 20th of each month to the United States of America until the October 29, 2009 judgment (plus interest) is satisfied; it is further

ORDERED that the payments shall be made by electronic transfer or check to the "United States Treasury" and mailed to: Michael J. Roessner, Trial Attorney, Ben Franklin Station, P.O. Box 310, Washington, DC 20044.

IT IS SO ORDERED.

**Dated:   June 27, 2011**                                  /s/ Oliver W. Wanger
                                                           UNITED STATES DISTRICT JUDGE